THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANKLIN P. NOBLE, Appellant, *v.* JOHN F. REMSEN et al., Constituting the Board of Water Commissioners of the Roslyn Water District of the Town of North Hempstead, Respondents.

(Submitted November 29, 1915; decided December 7, 1915.)

Motion for re-argument denied, with ten dollars costs. (See 216 N. Y. 641.)